UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:23-CR-65-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| RALPH BROOKS, | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Upon motion of the defendant, by and through counsel, it is hereby ORDERED that docket entry No. 506 and its accompanying Order be sealed.

SO ORDERED this **29** day of October, 2024.

_____
THE HONORABLE JAMES C. DEVER, III.
UNITED STATES DISTRICT COURT JUDGE